STATE of Missouri, Respondent,

v.

Ronald E. JOHNSON, Appellant.

No. WD 53516.

Missouri Court of Appeals, Western District.

Sept. 23, 1997.

Gerald M. Handley, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Joanne E. Joiner, Asst. Atty. Gen., Jefferson City, for respondent.

Before ULRICH, C.J., and BRECKENRIDGE and SPINDEN, JJ.

## ORDER

PER CURIAM:

Ronald Johnson appeals his convictions following jury trial of first degree murder, section 565.020.1, RSMo 1994, and armed criminal action, section 571.015, RSMo 1994, and sentence as a prior and persistent offender to life imprisonment without parole. He claims that the trial court erred in (1) overruling his pretrial motion to suppress; (2) admitting state's exhibit 31, the transcript of the accomplice's videotaped statement to police; and (3) admitting state's exhibit 23, a photograph depicting clothing and shoes found in a washing machine during a search of Mr. Johnson's home. The judgment of convictions is affirmed. Rule 30.25(b).